Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 12, 20 22

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON G. HARTFIELD, and<br>DANESXY ORTEGA,<br><br>Defendants. | NO. CR22-176 LK<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT 1

### (Conspiracy to Commit Bank Robbery)

Beginning at a time unknown, and continuing until on or after July 1, 2022, in King County, within the Western District of Washington, SHANNON G. HARTFIELD and DANESXY ORTEGA, and others known and unknown, did knowingly and willfully conspire, combine, confederate and agree to commit an offense against the United States, that is, Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

During and in furtherance of the conspiracy, within the Western District of

Indictment - 1
United States v. Hartfield, et al.
USAO No. 2022R01090

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Washington, one or more of the conspirators committed the following overt acts, among others:

On or about May 25 and May 26, 2022, SHANNON G. HARTFIELD tried to recruit multiple individuals to act as lookouts during a bank robbery planned for May 26, 2022.

On or about May 26, 2022, SHANNON G. HARTFIELD provided conspirators with the demand notes used in the bank robbery at the Seattle Credit Union located at 500 South Michigan Street, Seattle, Washington.

On or about May 26, 2022, one or more conspirators used the demand notes to rob the Seattle Credit Union located at 500 South Michigan Street, Seattle, Washington by taking the following actions, each of which constitutes an overt act: entering the bank; handing a teller the demand note; displaying a firearm to the teller; and taking money from the teller.

On or about May 26, 2022, SHANNON G. HARTFIELD provided conspirators with the demand notes used in the bank robbery at the Sound Credit Union located at 200 Andover Park East, Tukwila, Washington.

On or about May 26, 2022, one or more conspirators used the demand notes to rob the Sound Credit Union located at 200 Andover Park East, Tukwila, Washington by taking the following actions, each of which constitutes an overt act: entering the bank; handing a teller the demand note; and taking money from the teller.

On or about June 5 through June 7, 2022, SHANNON G. HARTFIELD tried to recruit individuals to join the conspiracy to commit bank robbery.

On or about June 7, 2022, SHANNON G. HARTFIELD, DANESXY ORTEGA, and other conspirators met in the parking lot of a Walgreens located at 9456 16th Avenue Southwest, Seattle, Washington, to plan the two bank robberies detailed below.

Indictment - 2
United States v. Hartfield, et al.
USAO No. 2022R01090

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On or about June 7, 2022, DANESXY ORTEGA and one or more conspirators attempted to rob the Chase Bank located at 1200 Madison Street, Seattle, Washington by taking the following actions, each of which constitutes an overt act: entering the bank with guns drawn and demanding that the tellers identify the location of the money.

On or about June 7, 2022, DANESXY ORTEGA and one or more conspirators robbed the Salal Credit Union located at 10724 5th Avenue Northeast, Seattle, Washington by taking the following actions, each of which constitutes an overt act: entering the bank with guns drawn; holding at least one employee at gunpoint; forcing at least one employee to unlock a safe; and taking money from the safe.

On or about June 17, 2022, SHANNON G. HARTFIELD met with conspirators in the parking lot of the Country Glen Apartments located at 27400 132nd Avenue Southeast, Kent, Washington, to plan the robbery detailed below.

On or about June 17, 2022, one or more conspirators robbed the Chase Bank located at 13207 Southeast 272nd Street, Kent, Washington by taking the following actions, each of which constitutes an overt act: entering the bank; handing a teller a demand note; and taking money from the teller.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

### (Bank Robbery)

On or about May 26, 2022, in King County, within the Western District of Washington, SHANNON G. HARTFIELD, by force, violence and intimidation did aid and abet the taking of, from the person and presence of another, approximately $7,309.00 in U.S. currency belonging to and in the care, custody, control, management, and possession of the Seattle Credit Union located at 500 South Michigan Street, Seattle, Washington, a bank whose deposits were then insured by the National Credit Union Administration Board.

Indictment - 3
United States v. Hartfield, et al.
USAO No. 2022R01090

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 2113(a), and Title 18, United States Code, Section 2.

### COUNT 3

### (Bank Robbery)

On or about May 26, 2022, in King County, within the Western District of Washington, SHANNON G. HARTFIELD, by force, violence and intimidation did aid and abet the taking of, from the person and presence of another, approximately $15,376.00 in U.S. currency belonging to and in the care, custody, control, management, and possession of the Sound Credit Union located at 200 Andover Park East, Tukwila, Washington, a bank whose deposits were then insured by the National Credit Union Administration Board.

All in violation of Title 18, United States Code, Section 2113(a), and Title 18, United States Code, Section 2.

### COUNT 4

### (Attempted Bank Robbery)

On or about June 7, 2022, in King County, within the Western District of Washington, SHANNON G. HARTFIELD and DANESXY ORTEGA, by force, violence and intimidation did attempt to take, and did aid and abet the attempted taking of, from the person and presence of another, money, belonging to and in the care, custody, control, management, and possession of the Chase Bank located at 1200 Madison Street, Seattle, Washington, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a), and Title 18, United States Code, Section 2.

//

//

Indictment - 4
United States v. Hartfield, et al.
USAO No. 2022R01090

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 5

### (Bank Robbery)

On or about June 7, 2022, in King County, within the Western District of Washington, SHANNON G. HARTFIELD and DANESXY ORTEGA, by force, violence and intimidation did take, and did aid and abet the taking of, from the person and presence of another, approximately $48,690.00 in U.S. currency belonging to and in the care, custody, control, management, and possession of the Salal Credit Union located at 10724 5th Avenue Northeast, Seattle, Washington, a bank whose deposits were then insured by the National Credit Union Administration Board.

All in violation of Title 18, United States Code, Section 2113(a), and Title 18, United States Code, Section 2.

## COUNT 6

### (Carrying a Firearm During and in Relation to a Crime of Violence)

On or about June 7, 2022, in King County, within the Western District of Washington, DANESXY ORTEGA knowingly carried a firearm, that is: a Glock Model 19 pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is: Bank Robbery, as alleged in Count 5 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 7

### (Bank Robbery)

On or about June 17, 2022, in King County, within the Western District of Washington, SHANNON G. HARTFIELD, by force, violence and intimidation did aid and abet the taking of, from the person and presence of another, approximately $7,000.00 in U.S. currency belonging to and in the care, custody, control, management, and possession of the Chase Bank located at 13207 Southeast 272nd Street, Kent,

Indictment - 5
*United States v. Hartfield, et al.*
USAO No. 2022R01090

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Washington, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 - 7 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1 - 5 and 7, SHANNON G. HARTFIELD and DANESXY ORTEGA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds that Defendant obtained directly or indirectly, as a result of the offense, including but not limited to a sum of money reflecting the proceeds that Defendant obtained as a result of the offense, and, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to a Glock Model 19 pistol and any related ammunition, seized from the front yard of 1027 S. Donovan Street, Seattle, Washington, on or about June 7, 2022.

Upon conviction of the offense alleged in Count 6, DANESXY ORTEGA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by and through Title 28, United States Code, Section 2461, any firearms and ammunition that were involved in the offense, including but is not limited to a Glock Model 19 pistol and any related ammunition, seized from the front yard of 1027 S. Donovan Street, Seattle, Washington, on or about June 7, 2022.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

Indictment - 6
United States v. Hartfield, et al.
USAO No. 2022R01090

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 10/12/2022

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
AMY JAQUETTE
Assistant United States Attorney

_____
KRISTINE FOERSTER
Assistant United States Attorney

Indictment - 7
*United States v. Hartfield, et al.*
USAO No. 2022R01090

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970