# Defendant Status Sheet
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: SHANNON G. HARTFIELD <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☐ Yes    ☒ No        If yes: Select Charging Doc Type <br><br> If yes, please enter the cause number below: <br><br>     CR Enter CR Cause Number here.    or <br><br> Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br> ☐ At the FDC under a different cause number: Enter different cause number here. <br> ☐ In custody under this cause number in another District: Enter other District here. <br> ☐ In custody (different cause number) in another District: Enter other info here. <br> ☒ In local custody: King County <br> ☐ In the community on supervision under cause number: Enter cause number here. <br> ☐ At large. <br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br> ☐ Continue Detention <br> ☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br> ☐ Summons to be issued for: <br>     ☐ Defendant Address: Click or tap here to enter text. <br> ☐ Letter to defense counsel for appearance on: 10/20/2022 <br>     ☐ Defense Counsel name and address: TBD |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: DANESXY ORTEGA <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☐ Yes ☒ No  If yes: Select Charging Doc Type <br><br> If yes, please enter the cause number below: <br><br> CR Enter CR Cause Number here.  or <br><br> Has the Defendant had an initial appearance in this case in this district?  ☐ Yes ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br><br> ☐ At the FDC under a different cause number: Enter different cause number here. <br><br> ☐ In custody under this cause number in another District: Enter other District here. <br><br> ☐ In custody (different cause number) in another District: Enter other info here. <br><br> ☒ In local custody: King County <br><br> ☐ In the community on supervision under cause number: Enter cause number here. <br><br> ☐ At large. <br><br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br><br> ☐ Continue Detention <br><br> ☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br><br> ☐ Summons to be issued for: <br><br> ☐ Defendant Address: Click or tap here to enter text. <br><br> ☒ Letter to defense counsel for appearance on: 10/20/2022 <br><br> ☐ Defense Counsel name and address: TBD |
| **Trial** | Estimated trial length (days): 5 days |