UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHANNON G. HARTFIELD, <br><br> Defendant. | Case No. CR22-176 LK <br><br> DETENTION ORDER |

Mr. Hartfield is charged with one count of conspiracy to commit bank robbery, 18 U.S.C. §§ 2113(a), 371; four counts of bank robbery, 18 U.S.C. §§ 2113(a), 2; one count of attempted bank robbery, 18 U.S.C. §§ 2113(a), 2; and a forfeiture allegation. The Court held a detention hearing on October 24, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Hartfield poses a risk of nonappearance due to his prior conviction for escape, history of failures to appear, outstanding felony warrant, noncompliance while under supervision, history of absconding from supervision, unemployment, substance use, and committing new offenses while on bond/supervision.

DETENTION ORDER - 1

2. Mr. Hartfield poses a risk of danger due to the nature of the offense, use of firearms, prior criminal history, substance use, and noncompliance while under supervision. In addition, there is a history of violence involving weapons, and two current restraining orders.

3. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Hartfield's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Hartfield shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Hartfield shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Hartfield is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

//

DETENTION ORDER - 2

DATED this 24th day of October, 2022.

*MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3