UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>    v.<br><br>SHANNON G. HARTFIELD and<br>DANESXY ORTEGA,<br><br>                 Defendants. | CASE NO. 22-CR-00176-LK<br><br>ORDER GRANTING UNOPPOSED JOINT MOTION TO CONTINUE TRIAL |

      This matter comes before the Court on Defendants Shannon G. Hartfield and Danesxy Ortega's Unopposed Joint Motion to Continue Trial and Pretrial Motions Deadline, Dkt. No. 24, as well as their Speedy Trial Waivers, Dkt. Nos. 25, 26. On October 12, 2022, a federal grand jury indicted Mr. Hartfield on one count of Conspiracy to Commit Bank Robbery, four counts of Bank Robbery, and one count of Attempted Bank Robbery. Dkt. No. 1 at 1–5; *see* 18 U.S.C. §§ 371, 2113(a). Mr. Ortega was likewise indicted on one count of Conspiracy to Commit Bank Robbery, one count of Attempted Bank Robbery, one count of Bank Robbery, and one count of Carrying a Firearm During and in Relation to a Crime of Violence. Dkt. No. 1 at 1–5; *see* 18 U.S.C. §§ 371,

924(c)(1)(A), 2113(a). Defendants pleaded not guilty to all charges and are currently scheduled to be jointly tried before a jury on December 19, 2022. Dkt. Nos. 11, 14.

Defense counsel seeks to continue trial to July 10, 2023 because "the government has provided initial discovery that includes a significant amount of reports, photographs, and recordings," and more time is needed for counsel to "review those documents with Mr. Hartfield and Mr. Ortega at the detention center . . . and conduct [an] appropriate investigation." Dkt. No. 24 at 1–2. Mr. Ortega avers that he understands his rights under the Sixth Amendment and Speedy Trial Act, and "knowingly, voluntarily, and with advice of counsel waive[s] [his] right to a speedy trial and consent[s] to the continuation of the date of [his] trial from December 19, 2022, to a date up to and including July 31, 2023." Dkt. No. 25 at 1. Mr. Hartfield similarly avers that he understands his rights and "knowingly and with the advice of counsel waive[s] [his] right to a speedy trial and consent[s] to a continuance of the trial date from December 19, 2022 until August 10, 2023." Dkt. No. 26 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendants in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to review the evidence, consider possible defenses, gather evidence material to the defense, and prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court also finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Defendants reasonable time to accomplish these tasks.

For these reasons, the Court GRANTS Defendants' Unopposed Joint Motion to Continue Trial and Pretrial Motions Deadline, Dkt. No. 24, and ORDERS that trial shall be continued from

December 19, 2022 to July 10, 2023. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the original December 19, 2022 trial date to the new trial date is EXCLUDED when computing the time within which Defendants' trial must commence under the Speedy Trial Act. Pretrial motions are due no later than May 15, 2023.

Dated this 9th day of November, 2022.

*Lauren King*
Lauren King
United States District Judge