UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHANNON G. HARTFIELD et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:22-cr-00176-LK<br><br>ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |

　　　　This matter comes before the Court on Defendant Shannon Hartfield's Unopposed Motion to Extend Pretrial Motions Deadline. Dkt. No. 115. Mr. Hartfield seeks to move the pretrial motions deadline from May 26, 2025 to June 6, 2025. *Id.* at 1. Mr. Hartfield represents that codefendant Danesxy Ortega's counsel joins the motion and that the Government does not object to it. *Id.* Trial is currently set for July 21, 2025. Dkt. No. 99.

　　　　According to Mr. Hartfield, "[t]here are several reasons that warrant a slightly later motions deadline date." Dkt. No. 115 at 1. First, Mr. Ortega's counsel has filed a motion to continue the trial, Dkt. No. 114, and because Mr. Ortega and Mr. Hartfield oppose the motion, *id.* at 2, Mr. Hartfield is concerned that the motion to continue the trial may or may not be ruled on prior to the

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE - 1

current pretrial motions deadline, Dkt. No. 115 at 1. "The parties want to have a ruling on the motion to continue trial before motions are filed." *Id.* Second, the Government recently filed a Third Superseding Indictment that "substantially changed the breadth of the conspiracy charge in Count 1 and added numerous additional counts of robberies and 18 U.S.C. Section 924(c) violations." *Id.* at 2. In light of these changes, "[c]ounsel for both Mr. Hartfield and Mr. Ortega need additional time to evaluate [pretrial] motions." *Id.*

Under Local Criminal Rule 12(c)(1), good cause must be shown to extend the deadline for pretrial motions. *See also* Fed. R. Crim. P. 45(b)(1)(A). Given the uncertainty the parties face due to the pending motion to continue the trial and the additional time needed to consider pretrial motions in light of the Third Superseding Indictment, the Court finds good cause under the circumstances to grant the requested extension for filing the parties' pretrial motions. However, absent a continuance of trial or other extraordinary circumstances, the Court will not continue the pretrial motions deadline again. *United States v. Gutierrez-Fosella et al.*, Case No. 22-cr-42, Dkt. No. 44 at (April 22, 2022) ("Providing the Court inadequate time to address pretrial motions does not serve the interests of justice.").

For these reasons, the Court GRANTS Mr. Hartfield's motion, Dkt. No. 115, and ORDERS that the pretrial motions deadline shall be continued from May 26, 2025 to June 6, 2025.

Dated this 22nd day of May, 2025.

Lauren King
United States District Judge

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE - 2