UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00176-LK |
| Plaintiff, | ORDER GRANTING IN PART AMENDED JOINT MOTION FOR EXTENSION OF TIME FOR COOPERATOR MOTIONS |
| v. | |
| SHANNON G. HARTFIELD, | |
| Defendant. | |

This matter comes before the Court on the parties' Amended Joint Motion for Extension of Time (Cooperator Motions). Dkt. No. 211. For the reasons stated below, the Court grants in part and denies in part the motion. The deadline for motions related to cooperators is extended to March 27, 2026. Responses are due by April 1, 2026, and replies are due by April 6, 2026.

The case scheduling order sets March 23, 2026 as the deadline for motions related to cooperators. Dkt. No. 206. In a motion filed March 20, 2026, the parties jointly seek an extension of this deadline to March 27, 2026. Dkt. No. 211 at 1. They also request that the deadline to respond to any cooperator motions be extended to April 3, 2026 and that the deadline to file replies in support of cooperator motions be extended to April 10, 2026. *Id.*

ORDER GRANTING IN PART AMENDED JOINT MOTION FOR EXTENSION OF TIME FOR COOPERATOR MOTIONS - 1

"[T]he court shall set a date for the filing of pretrial motions" and "[n]o motion may be filed subsequent to that date except upon leave of court for good cause shown." LCrR 12(c)(1); *see also* Fed. R. Crim. P. 45(b)(1) ("When an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion made: before the originally prescribed or previously extended time expires[.]").

The parties aver that good cause supports their request considering "the initial disclosure of the cooperator materials being delayed, the volume of material, [and] the need to review material with Mr. Hartfield at the Federal Detention Center and conduct necessary research." Dkt. No. 211 at 2–3 (citation modified). Mr. Hartfield's counsel states that the cooperator materials, which were disclosed on March 6, 2026, contain "158 files consisting of numerous cooperating witnesses," including "909 pages of PDF material" and "approximately 7 hours of non-duplicative audio and video." *Id.* at 5–6. Counsel adds that "[t]here are no transcripts of most of this video and audio, which is time consuming to review" and "there are some files in which there is a transcript, but no audio or video corresponding file." *Id.* at 6. Additionally, "reports relating to the cooperators' criminal history on NCIC reports . . . were formally produced in discovery . . . on March 20, 2026." *Id.* The parties aver that they "are in good communication and have made diligent efforts to comply with the deadlines," but the current deadlines do not "allow the parties to exercise due diligence and finalize [their] positions on possible motions relating to the cooperators." *Id.* at 2–3.

Considering the above, the Court finds that there is good cause to extend the deadline for motions related to cooperators to March 27, 2026. Good cause also supports extending the deadline for responses to any cooperator motions to April 1, 2026 and for replies in support of cooperator motions to April 6, 2026. However, considering the Court's resources and the need for adequate time to evaluate all pretrial submissions prior to a lengthy and complex three-week trial, good

cause does not support the requested response deadline of April 3, 2026 and reply deadline of April 10, 2026. Accordingly, the parties' motion is granted in part and denied in part.

The deadline for motions related to cooperators is extended to March 27, 2026. Responses to any cooperator motions are due by April 1, 2026. Any replies in support of cooperator motions are due by April 6, 2026.

Dated this 23rd day of March, 2026.

Lauren King
United States District Judge

ORDER GRANTING IN PART AMENDED JOINT MOTION FOR EXTENSION OF TIME FOR COOPERATOR MOTIONS - 3