UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00176-LK |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING |
| v. | |
| SHANNON G. HARTFIELD, | |
| Defendant. | |

This matter comes before the Court on Defendant Shannon Hartfield's Motion to Continue Sentencing, which is made "with the agreement of the defendant" and "without objection from the Government[.]" Dkt. No. 316 at 1.

On May 26, 2026, a jury found Mr. Hartfield guilty of 19 out of 25 charged counts, including conspiracy to commit robbery, attempted armed bank robbery, armed bank robbery, and multiple counts of robbery affecting interstate commerce, bank robbery, and using a firearm during and in relation to a crime of violence, and could not reach a verdict on the remaining six counts. Dkt. No. 299. Mr. Hartfield's current counsel—who did not represent him during the trial—was appointed to represent him on June 9, 2026. Dkt. No. 307. Sentencing is currently set for August

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING - 1

25, 2026, Dkt. No. 295, and Mr. Hartfield seeks to continue the hearing to November 3, 2026 because newly-appointed counsel has not yet received or reviewed any discovery, is unfamiliar with the details of the case, and "need[s] more time to understand the full picture of Mr. Hartfield's convictions, the guidelines, and the mandatory minimums Mr. Hartfield faces." Dkt. No. 316 at 1–2. Because counsel "did not feel ready nor [sic] prepared to go forward with [the pre-sentence] interview," such interview has not yet been scheduled. *Id.* at 3.

Although the Court generally "must impose sentence without unnecessary delay," it "may, for good cause," deviate from the time limits prescribed by the Federal Rules of Criminal Procedure. *See* Fed. R. Crim. P. 32(b); *accord United States v. Firestack-Harvey*, No. 13-CR-0024-TOR, 2015 WL 3533222, at *3 (E.D. Wash. June 4, 2015) (staying sentencing to allow parties adequate time to prepare). And this District's Local Criminal Rules expressly contemplate a sentencing continuance "for good cause[.]" LCrR 32(i)(1)(B). Here, Mr. Hartfield has demonstrated good cause for the continuance to allow his new counsel additional time to examine the details of the case, receive and analyze requested discovery, and review the mandatory minimum sentences that Mr. Hartfield faces. Dkt. No. 316 at 2–3. The Court finds that the interests of the public and Mr. Hartfield in any speedier sentencing in this case are outweighed by the ends of justice.

The Court accordingly GRANTS the motion to continue sentencing, Dkt. No. 316, and CONTINUES sentencing to November 3, 2026 at 10:00 a.m.

Dated this 17th day of July, 2026.

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING - 2